# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: BAER, MICHAEL JAMES | § | Case No. 09-74868 |
| BAER, JENNIFER LYNN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $175,041.00<br>*(without deducting any secured claims)* | Assets Exempt: $43,335.00 |
| Total Distribution to Claimants: $977.66 | Claims Discharged<br>Without Payment: $72,324.97 |
| Total Expenses of Administration: $3,238.24 | |

3) Total gross receipts of $ 5,100.90 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 885.00 (see **Exhibit 2**), yielded net receipts of $4,215.90 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $181,983.00 | $15,402.02 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,238.24 | 3,238.24 | 3,238.24 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 74,466.00 | 89,674.25 | 62,032.63 | 977.66 |
| **TOTAL DISBURSEMENTS** | $256,449.00 | $108,314.51 | $65,270.87 | $4,215.90 |

4) This case was originally filed under Chapter 7 on October 31, 2009. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2010 By: /s/JAMES E. STEVENS
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Mercury Mountaineer with 100,000 miles | 1129-000 | 5,100.00 |
| Interest Income | 1270-000 | 0.90 |
| **TOTAL GROSS RECEIPTS** | | $5,100.90 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael and Jennifer Baer | exemption taken in bankruptcy for the Mountaineer | 8100-002 | 885.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $885.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Community Trust CU | 4110-000 | 15,874.00 | 15,402.02 | 0.00 | 0.00 |
| NOTFILED | Consumers Coop Cred Un | 4110-000 | 2,261.00 | N/A | N/A | 0.00 |
| NOTFILED | Consumers Coop Cred Un | 4110-000 | 11,337.00 | N/A | N/A | 0.00 |
| NOTFILED | Indymac Bank | 4110-000 | 152,511.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $181,983.00 | $15,402.02 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,053.98 | 1,053.98 | 1,053.98 |
| BARRICK, SWITZER LAW FIRM | 3110-000 | N/A | 1,419.00 | 1,419.00 | 1,419.00 |
| Terry Firch | 3610-000 | N/A | 612.00 | 612.00 | 612.00 |
| Terry Firch | 3620-000 | N/A | 150.00 | 150.00 | 150.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.26 | 3.26 | 3.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,238.24 | 3,238.24 | 3,238.24 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 27,641.00 | 27,641.62 | 0.00 | 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 27,641.62 | 27,641.62 | 435.65 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 7,482.00 | 7,560.33 | 7,560.33 | 119.16 |
| 5 | OPHRYS, LLC | 7100-000 | 6,090.00 | 6,129.97 | 6,129.97 | 96.61 |
| 6 | Wells Fargo Bank NA | 7100-000 | 4,584.00 | 4,584.54 | 4,584.54 | 72.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Wells Fargo Bank NA | 7100-000 | 1,755.00 | 1,755.88 | 1,755.88 | 27.67 |
| 8 | Chase Bank USA,N.A. | 7100-000 | 1,513.00 | 1,513.95 | 1,513.95 | 23.86 |
| 9 | Chase Bank USA,N.A. | 7100-000 | 2,904.00 | 2,904.53 | 2,904.53 | 45.78 |
| 10 | GE Money Bank dba DISCOUNT TIRE/GEMB | 7100-000 | 765.00 | 822.42 | 822.42 | 12.96 |
| 11 | CitiFinancial Inc | 7100-000 | 6,818.00 | 3,602.74 | 3,602.74 | 56.78 |
| 12 | GE Money Bank dba PAYPAL PLUS CREDIT | 7100-000 | 1,353.00 | 1,423.46 | 1,423.46 | 22.43 |
| 13 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | 2,291.00 | 2,381.96 | 2,381.96 | 37.54 |
| 14 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 1,711.23 | 1,711.23 | 26.97 |
| NOTFILED | Collection | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 1,652.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | 5,088.00 | N/A | N/A | 0.00 |
| NOTFILED | Consumers Coop Cred Un | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 451.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 288.00 | N/A | N/A | 0.00 |
| NOTFILED | Vista Medical Center East | 7100-000 | 474.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/nautl | 7100-000 | 2,081.00 | N/A | N/A | 0.00 |
| NOTFILED | Majestic Dental, Ltd | 7100-000 | 786.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 74,466.00 | 89,674.25 | 62,032.63 | 977.66 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 09-74868
**Case Name:** BAER, MICHAEL JAMES
BAER, JENNIFER LYNN
**Period Ending:** 12/21/10

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 10/31/09 (f)
**§341(a) Meeting Date:** 12/09/09
**Claims Bar Date:** 04/30/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1216 Oakleaf Ave., Mchenry, | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Consumer Credit Union, Wau | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account with Consumer Credit Union, Wauk | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with Norstates Bank, Waukegan, | 20.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account with Associated Bank, Crystal L | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1994 Arctic Cat ZL 600 | 595.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. household goods with debtors | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. clothes with debtors | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term life insurance with Farmers Insurance Group | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term life insurance with Farmers Insurance Group | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Retirement account through employer, Medical Art | 12,786.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2008 Scion xB with 32,000 miles | 12,140.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2006 Harley-Davidson FXDB with 18,000 miles | 11,125.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2003 Arctic Cat Z 440 Value | 1,805.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2000 GMC Sierra 2500 Pickup with 120,000 miles | 4,535.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2002 Mercury Mountaineer with 100,000 miles | 5,035.00 | 0.00 | DA | 5,100.00 | FA |
| 17 | Wells Cargo Utility Trailer | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.90 | FA |
| 18 | **Assets** **Totals** (Excluding unknown values) | **$175,041.00** | **$0.00** | | **$5,100.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2010 **Current Projected Date Of Final Report (TFR):** September 8, 2010 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 09-74868
**Case Name:** BAER, MICHAEL JAMES
BAER, JENNIFER LYNN
**Taxpayer ID #:** **-***8458
**Period Ending:** 12/21/10

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******23-65 - Money Market Account
**Blanket Bond:** $166,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/27/10 | {16} | Action Auctineering | SALE OF MOUNTAINEER | | 1129-000 | 5,100.00 | | 5,100.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.02 | | 5,100.02 |
| 05/05/10 | 1001 | Michael and Jennifer Baer | exemption taken in bankruptcy for the Mountaineer | | 8100-002 | | 885.00 | 4,215.02 |
| 05/24/10 | 1002 | Terry Firch | fees and expenses for auction | | | | 762.00 | 3,453.02 |
| | | | commission | 612.00 | 3610-000 | | | 3,453.02 |
| | | | towing expense | 150.00 | 3620-000 | | | 3,453.02 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.28 | | 3,453.30 |
| 06/08/10 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74868, Bond #016018067 | | 2300-000 | | 3.26 | 3,450.04 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.20 | | 3,450.24 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.20 | | 3,450.44 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.20 | | 3,450.64 |
| 09/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | | 1270-000 | 0.00 | | 3,450.64 |
| 09/07/10 | | To Account #9200******2366 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | | 9999-000 | | 3,450.64 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,100.90 | 5,100.90 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,450.64 | |
| **Subtotal** | 5,100.90 | 1,650.26 | |
| Less: Payments to Debtors | | 885.00 | |
| **NET Receipts / Disbursements** | $5,100.90 | $765.26 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-74868
**Case Name:** BAER, MICHAEL JAMES
BAER, JENNIFER LYNN
**Taxpayer ID #:** **-***8458
**Period Ending:** 12/21/10

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******23-66 - Checking Account
**Blanket Bond:** $166,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/10 | | From Account #9200******2365 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 3,450.64 | | 3,450.64 |
| 11/03/10 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $1,053.98, Trustee Compensation; Reference: | 2100-000 | | 1,053.98 | 2,396.66 |
| 11/03/10 | 102 | BARRICK, SWITZER LAW FIRM | Dividend paid 100.00% on $1,419.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,419.00 | 977.66 |
| 11/03/10 | 103 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.57% on $27,641.62; Claim# 3; Filed: $27,641.62; Reference: | 7100-000 | | 435.65 | 542.01 |
| 11/03/10 | 104 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 1.57% on $7,560.33; Claim# 4; Filed: $7,560.33; Reference: | 7100-000 | | 119.16 | 422.85 |
| 11/03/10 | 105 | OPHRYS, LLC | Dividend paid 1.57% on $6,129.97; Claim# 5; Filed: $6,129.97; Reference: | 7100-000 | | 96.61 | 326.24 |
| 11/03/10 | 106 | GE Money Bank dba DISCOUNT TIRE/GEMB | Dividend paid 1.57% on $822.42; Claim# 10; Filed: $822.42; Reference: | 7100-000 | | 12.96 | 313.28 |
| 11/03/10 | 107 | CitiFinancial Inc | Dividend paid 1.57% on $3,602.74; Claim# 11; Filed: $3,602.74; Reference: | 7100-000 | | 56.78 | 256.50 |
| 11/03/10 | 108 | GE Money Bank dba PAYPAL PLUS CREDIT | Dividend paid 1.57% on $1,423.46; Claim# 12; Filed: $1,423.46; Reference: | 7100-000 | | 22.43 | 234.07 |
| 11/03/10 | 109 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 1.57% on $2,381.96; Claim# 13; Filed: $2,381.96; Reference: | 7100-000 | | 37.54 | 196.53 |
| 11/03/10 | 110 | Fia Card Services, NA/Bank of America | Dividend paid 1.57% on $1,711.23; Claim# 14; Filed: $1,711.23; Reference: | 7100-000 | | 26.97 | 169.56 |
| 11/03/10 | 111 | Chase Bank USA,N.A. | Combined Check for Claims#8,9 | | | 69.64 | 99.92 |
| | | | Dividend paid 1.57% on $1,513.95; Claim# 8; Filed: $1,513.95 — 23.86 | 7100-000 | | | 99.92 |
| | | | Dividend paid 1.57% on $2,904.53; Claim# 9; Filed: $2,904.53 — 45.78 | 7100-000 | | | 99.92 |
| 11/03/10 | 112 | Wells Fargo Bank NA | Combined Check for Claims#6,7 | | | 99.92 | 0.00 |
| | | | Dividend paid 1.57% on $4,584.54; Claim# 6; Filed: $4,584.54 — 72.25 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.57% on $1,755.88; Claim# 7; Filed: $1,755.88 — 27.67 | 7100-000 | | | 0.00 |

Subtotals : $3,450.64 $3,450.64

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-74868
**Case Name:** BAER, MICHAEL JAMES
BAER, JENNIFER LYNN
**Taxpayer ID #:** **-***8458
**Period Ending:** 12/21/10

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******23-66 - Checking Account
**Blanket Bond:** $166,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 3,450.64 | 3,450.64 | $0.00 |
| | | | Less: Bank Transfers | | 3,450.64 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,450.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $3,450.64 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******23-65 | 5,100.90 | 765.26 | 0.00 |
| Checking # 9200-******23-66 | 0.00 | 3,450.64 | 0.00 |
| | $5,100.90 | $4,215.90 | $0.00 |